BENJAMIN B. ODELL, as Receiver of THOMAS MCNALLY COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Appeal — permission to appeal from part of unanimous affirmance of judgment entered upon verdict — appeal without permission from rest of judgment dismissed.*

*Odell* v. *City of New York,* 206 App. Div. 68, appeal dismissed. (Argued January 7, 1924; decided January 15, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1923, unanimously

affirming a judgment entered upon a verdict except in so far as it applies to that part of the judgment as dismissed the complaint to claim 35, item 16.

The motion was made upon the ground that plaintiff had obtained permission to appeal only from so much of said judgment as related to said claim 35, item 16.

*Elliott S. Benedict* for motion.

*Max L. Schallek* opposed.

Motion granted and appeal dismissed except from so much of judgment in respect of claim 35, item 16, as was allowed by this court, with ten dollars costs.